# U.S. District Court
## United States District Court - District of New Mexico (Roswell)
## CRIMINAL DOCKET FOR CASE #: 5:19-cr-01599-RB-1

| | |
|---|---|
| Case title: USA v. Jose-Aguilar | Date Filed: 06/12/2019 |
| Magistrate judge case number: 5:19-mj-00841-KRS | |

Assigned to: Sr. District Judge Robert C. Brack

**Defendant (1)**

| | | |
|---|---|---|
| **Fernando Jose-Aguilar** | represented by | **Orlando Mondragon**<br>1028 Rio Grande<br>El Paso, TX 79902<br>915-566-8181<br>Fax: 915-566-9696<br>Email: mondragonom@gmail.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: CJA Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| 8:1324(a)(1)(A)(v)(I): Conspiracy to Transport an Illegal Alien<br>(1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 8:1324(a)(1)(A)(ii) Transporting Illegal Aliens | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Jared Kirk Anthony Williams** <br> DOJ-USAO <br> Criminal <br> 200 N. Church Street <br> Las Cruces, NM 88001 <br> 575-915-5842 <br> Fax: 575-522-2391 <br> Email: kirk.williams@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Matilda McCarthy Villalobos** <br> United States Attorney's Office <br> District of New Mexico <br> 200 N. Church Street <br> Las Cruces, NM 88001 <br> 575-323-5260 <br> Fax: 575-522-2391 <br> Email: matilda.villalobos@usdoj.gov <br> *TERMINATED: 01/31/2025* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* <br><br> **Rachel Marie Feuerhammer** <br> U.S. Attorney's Office, District of NM <br> Las Cruces Office <br> 200 N. Church Street <br> Las Cruces, NM 88001 <br> 575-522-2304 <br> Fax: 575-522-2391 <br> Email: rachel.feuerhammer@usdoj.gov <br> *TERMINATED: 07/15/2021* <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Retained* |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/21/2019 | 1 | COMPLAINT as to Fernando Jose-Aguilar (1). (vh) [5:19-mj-00841-KRS] (Entered: 03/21/2019) |
| 03/21/2019 | 2 | ARREST Warrant Issued by Magistrate Judge Kevin R. Sweazea as to Fernando Jose-Aguilar. Original ARREST Warrant with AO442 Page 2 plus one certified copy of Complaint and ARREST Warrant hand-delivered to USMS by CRD. (vh) [5:19-mj-00841-KRS] (Entered: 03/21/2019) |
| 03/22/2019 | | Arrest of Fernando Jose-Aguilar (sju) [5:19-mj-00841-KRS] (Entered: 03/23/2019) |
| 03/22/2019 | | Case unsealed as to Fernando Jose-Aguilar (sju) [5:19-mj-00841-KRS] (Entered: 03/23/2019) |

Case 3:25-mj-00130-SCR    Document 1-2    Filed 05/19/25    Page 2 of 5

| | | |
|---|---|---|
| 03/23/2019 | | Set/Reset Hearings as to Fernando Jose-Aguilar: Initial Appearance set for 3/25/2019 at 10:30 AM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. (sju) [5:19-mj-00841-KRS] (Entered: 03/23/2019) |
| 03/25/2019 | 3 | Amended COMPLAINT as to Fernando Jose-Aguilar. (vh) [5:19-mj-00841-KRS] (Entered: 03/25/2019) |
| 03/25/2019 | | Attorney update in case as to Fernando Jose-Aguilar. Attorney Matilda McCarthy Villalobos for USA added. (vh*) [5:19-mj-00841-KRS] (Entered: 03/25/2019) |
| 03/25/2019 | 4 | CJA 20: Appointment of Attorney Orlando Mondragon for Fernando Jose-Aguilar by Magistrate Judge Carmen E. Garza (vrr) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [5:19-mj-00841-KRS] (Entered: 03/25/2019) |
| 03/25/2019 | 5 | **Clerk's Minutes of Initial Presentment hearing** held before Magistrate Judge Carmen E. Garza: Initial Appearance as to Fernando Jose-Aguilar held on 3/25/2019. Defendant advised of rights/penalties. Attorney to be appointed. Appearances: AUSA: Christopher McNair; AFPD: Peter Edwards; FPD Standing In; Interpreter: Josefina Font. Recorded: Liberty-Mimbres. Rights: 11:11 AM - 11:14 AM. Time In Session: 11:19 AM - 11:24 AM. **NOTICE OF HEARING: Preliminary/Detention Hearing is hereby set before Magistrate Judge Carmen E. Garza for 3/28/2019, at 09:30 AM in Las Cruces - 380 Animas Courtroom (South Tower), U.S. District Courthouse, 100 N. Church St., Las Cruces, New Mexico.** THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.(nr*) [5:19-mj-00841-KRS] (Entered: 03/25/2019) |
| 03/28/2019 | 6 | Arrest Warrant Returned Executed on 3/22/19 as to Fernando Jose-Aguilar. (bc) [5:19-mj-00841-KRS] (Entered: 03/28/2019) |
| 03/28/2019 | 7 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Preliminary/Detention Hearing as to Fernando Jose-Aguilar held on 3/28/2019 (Recording Info: LCR-Animas) (Interpreter: Edith Monroy) (nr*) [5:19-mj-00841-KRS] (Entered: 03/28/2019) |
| 03/28/2019 | 8 | ORDER OF DETENTION as to Fernando Jose-Aguilar by Magistrate Judge Carmen E. Garza (nr*) [5:19-mj-00841-KRS] (Entered: 03/28/2019) |
| 03/28/2019 | 9 | WAIVER of Preliminary Hearing/Grand Jury Presentment within 75 days for a total of 105 days pursuant to 18:3161 by Fernando Jose-Aguilar (nr*) [5:19-mj-00841-KRS] (Entered: 03/28/2019) |
| 03/28/2019 | 10 | ORDER TO CONTINUE - Ends of Justice as to Fernando Jose-Aguilar by Magistrate Judge Carmen E. Garza (nr*) [5:19-mj-00841-KRS] (Entered: 03/28/2019) |
| 05/22/2019 | 11 | NOTICE OF HEARING as to Fernando Jose-Aguilar: Change of Plea Hearing set for 6/6/2019 at 9:30 AM in Las Cruces, NM - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Kevin R. Sweazea. (kls) [*Interpreter Needed*] **COPIES OF ALL PLEA DOCUMENTS MUST BE PROVIDED TO THE COURTROOM DEPUTY 24 HOURS PRIOR TO THE COURT DATE.** [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [5:19-mj-00841-KRS] (Entered: 05/22/2019) |
| 06/03/2019 | 12 | AMENDED NOTICE OF HEARING as to Fernando Jose-Aguilar: Change of Plea Hearing set for 6/12/2019 at 1:30 PM in Las Cruces - 340 Sierra Blanca Courtroom (North Tower) before Magistrate Judge Carmen E. Garza. [*Interpreter Needed*](bw) [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] [5:19-mj-00841-KRS] (Entered: 06/03/2019) |

| | | |
|---|---|---|
| 06/12/2019 | 13 | INFORMATION as to Fernando Jose-Aguilar (1) count(s) 1. (gr) (Entered: 06/13/2019) |
| 06/12/2019 | 14 | CONSENT TO PLEA BEFORE US MAGISTRATE JUDGE by Fernando Jose-Aguilar. (gr) (Entered: 06/13/2019) |
| 06/12/2019 | 15 | WAIVER OF INDICTMENT by Fernando Jose-Aguilar. (gr) (Entered: 06/13/2019) |
| 06/12/2019 | 16 | PLEA AGREEMENT as to Fernando Jose-Aguilar. (gr) (Entered: 06/13/2019) |
| 06/12/2019 | 17 | Clerk's Minutes for proceedings held before Magistrate Judge Carmen E. Garza: Plea Hearing as to Fernando Jose-Aguilar held on 6/12/2019, Plea entered by Fernando Jose-Aguilar (1) Guilty Count 1. (Court Reporter: Carmela McAlister) (Interpreter: Juan Ramirez) (gr) (Entered: 06/13/2019) |
| 08/23/2019 | | U.S. Probation and Pretrial Services added as interested party.(Herrera, George) (Entered: 08/23/2019) |
| 03/06/2020 | 25 | PLEASE TAKE NOTICE that this case has been reassigned to District Judge Kea W. Riggs.<br><br>Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov<br><br>The first page of each document must have the case file number and initials of the assigned judge. ***Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.*** **Kindly reflect this change in your filings.**<br><br>Judge LC Visiting no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (am*) (Entered: 03/06/2020) |
| 03/06/2020 | 26 | NOTICE OF HEARING as to Fernando Jose-Aguilar: Sentencing set for 3/23/2020 at 09:35 AM in Las Cruces - 380 Animas Courtroom (South Tower) before District Judge Kea W. Riggs. [*Interpreter Needed*](am*)<br><br>Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov<br><br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 03/06/2020) |
| 03/09/2020 | 27 | Unopposed MOTION to Continue *Sentencing Hearing* by Fernando Jose-Aguilar. (Mondragon, Orlando) (Entered: 03/09/2020) |
| 03/09/2020 | 28 | ORDER by District Judge Kea W. Riggs granting 27 Motion to Continue as to Fernando Jose-Aguilar (1). Sentencing will be reset at a later date by separate notice. [THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (cab) (Entered: 03/09/2020) |
| 03/09/2020 | 29 | PLEASE TAKE NOTICE that this case has been reassigned to Judge LC Visiting. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov<br><br>The first page of each document must have the case file number and initials of the assigned judge. ***Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.*** **Kindly reflect this change in your filings.**<br><br>District Judge Kea W. Riggs no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 03/09/2020) |

| | | |
|---|---|---|
| 10/09/2020 | 30 | NOTICE of Attorney Substitution: Rachel Marie Feuerhammer substituted for MATILDA M. VILLALOBOS (Feuerhammer, Rachel) (Entered: 10/09/2020) |
| 10/09/2020 | | Attorney update in case as to Fernando Jose-Aguilar. Attorney Rachel Marie Feuerhammer for USA added. Attorney Matilda McCarthy Villalobos terminated. (bc) (Entered: 10/13/2020) |
| 07/15/2021 | 31 | NOTICE of Attorney Substitution: Matilda McCarthy Villalobos substituted for Rachel Feuerhammer (Villalobos, Matilda) (Entered: 07/15/2021) |
| 07/15/2021 | | Attorney update in case, Attorney Matilda McCarthy Villalobos for USA added, Attorney Rachel Marie Feuerhammer terminated. (jjs) (Entered: 07/16/2021) |
| 06/14/2022 | 33 | PLEASE TAKE NOTICE that this case has been reassigned to Sr. District Judge Robert C. Brack. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov<br><br>The first page of each document must have the case file number and initials of the assigned judge. *Accordingly, further documents filed in this matter must bear the case number and the judge's initials shown in the case caption and the NEF for this document.* **Kindly reflect this change in your filings.**<br><br>Judge LC Visiting no longer assigned to this case.<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (js) (Entered: 06/14/2022) |
| 06/14/2022 | 34 | NOTICE OF HEARING as to Fernando Jose-Aguilar: (IN PERSON) Sentencing set for 6/16/2022 at 10:30 AM in Las Cruces - 320 Tortugas Courtroom (North Tower) before Sr. District Judge Robert C. Brack. Please direct all inquiries to JoAnn Standridge at JoAnn_Standridge@nmd.uscourts.gov [*Interpreter Needed*](js)<br>[THIS IS A TEXT-ONLY ENTRY. THERE ARE NO DOCUMENTS ATTACHED.] (Entered: 06/14/2022) |
| 01/30/2025 | 42 | NOTICE of Attorney Substitution: Jared Kirk Anthony Williams substituted for Matilda McCarthy Villalobos (Williams, Jared) (Entered: 01/30/2025) |
| 01/31/2025 | | Attorney update in case; Attorney Jared Kirk Anthony Williams for USA added. Attorney Matilda McCarthy Villalobos terminated. (jjs) (Entered: 01/31/2025) |